**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **RAYMOND OLIVAS JR.**, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**STANDARD SALES COMPANY, L.P.**,<br><br>Defendant. | Case No. 7:26-cv-00018-DC-RCG |

**JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY**

Plaintiffs Raymond Olivas Jr. ("Plaintiff"), and Defendant Standard Sales Company, L.P. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby provide notice that the Parties have reached a classwide settlement in principle in this matter.

To allow the Parties sufficient time to finalize the terms of a formal class action settlement agreement and prepare the motion for preliminary approval and supporting materials, the Parties respectfully request that the Court stay all case deadlines for an additional 45 days, up until September 14, 2026. Within that period, the Parties anticipate filing a motion for preliminary approval, or, if additional time is needed, submitting a joint status report advising the Court of their progress and the anticipated filing date.

Dated: August 6, 2026

*/s/ Raina C. Borrelli*
Raina C. Borrelli
STRAUSS BORRELLI PLLC
One Magnificent Mile

Dated: August 6, 2026

*/s/ Michele Focht*
Michele Focht
Texas State Bar No. 02314385
Sara Y. Correa

980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
raina@straussborrelli.com

*Counsel for Plaintiff and the Proposed Class*

Texas State Bar No. 24148902
Freeman, Mathis & Gary, LLP
7160 North Dallas Parkway, Suite 625
Plano, Texas 75024
Telephone: 469-480-7062
Email: michele.focht@fmglaw.com
Email: sara.correa@fmglaw.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on August 6, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 6th day of August, 2026.

STRAUSS BORRELLI PLLC

By: */s/ Raina C. Borrelli*

Raina C. Borrelli
raina@straussborrelli.com
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109