**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **RAYMOND OLIVAS JR.,** on behalf of himself and all others similarly situated, | § | |
| ***Plaintiff,*** | § | |
| | § | **MO:26-CV-00018-RCG** |
| **v.** | § | |
| | § | |
| **STANDARD SALES COMPANY, L.P.,** | § | |
| ***Defendant.*** | § | |

**ORDER TO ADMINISTRATIVELY CLOSE**

BEFORE THE COURT is a Notice of Settlement (Doc. 15) filed August 6, 2026, informing the Court that the Parties have reached a settlement in principle.

Accordingly, this case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter a final order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are ordered to file the papers necessary to dismiss this action on or before **forty-five days** from the docketing of this Order.

All pending motions, if any, are therefore **DENIED AS MOOT**. Further, the Court **VACATES** the Final Pretrial Conference and Trial settings.

It is so **ORDERED**.

SIGNED this 7th day of August, 2026.



RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE